UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-46339 |
| JASON RIEGER, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF RBS CITIZENS N.A.

On March 5, 2015, the debtor(s) filed a motion to value the claim of RBS Citizens, N.A. (the "creditor") secured by a lien against the property commonly known as 8N275 Sunvale Court, Elgin, Illinois 60124 (address) with real estate tax pin number 06-31-377-006 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. RBS Citizens N.A.'s second mortgage lien against the property has no collateral value and is fully unsecured.

2. RBS Citizens N.A. does not have an allowed secured nor an unsecured claim against the Debtor or his estate by virtue of his Chapter 7 discharge entered on August 26, 2013.

3. The claim filed by Green Tree Servicing, LLC on behalf of RBS Citizens, N.A. shall not be paid as a secured claim nor an unsecured claim.

4. RBS Citizens N.A.'s second mortgage lien against the property is deemed satisfied upon completion of plan payments in the underlying Chapter 13 proceeding.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: March 13, 2015

**Prepared by:**

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: mbadwan@sulaimanlaw.com