UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-46339 |
| JASON RIEGER, | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF FIFTH THIRD MORTGAGE COMPANY

On March 5, 2015, the debtor(s) filed a motion to value the claim of Fifth Third Mortgage Company (the "creditor") secured by a lien against the property commonly known as 8N275 Sunvale Court, Elgin, Illinois 60124 (address) with real estate tax pin number 06-31-377-006 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. Fifth Third Mortgage Company's third mortgage lien against the property has no collateral value and is fully unsecured.

2. Fifth Third Mortgage Company does not have an allowed secured nor an unsecured claim against the Debtor or his estate by virtue of his Chapter 7 discharge entered on August 26, 2013.

3. Any claim filed by Fifth Third Mortgage Company shall not be paid as a secured claim nor an unsecured claim.

4. Fifth Third Mortgage Company's third mortgage lien against the property is deemed satisfied upon completion of plan payments in the underlying Chapter 13 proceeding.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 13, 2015

**Prepared by:**

Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: mbadwan@sulaimanlaw.com